[S. F. No. 6810. In Bank.—January 8, 1917.]

J. A. COOPER, Respondent, v. CITY AND COUNTY OF SAN FRANCISCO, Appellant.

SAN FRANCISCO—TUNNEL UNDER STREET—ASSESSMENT DISTRICT.—Judgment reversed on the authority of *Hayne* v. *San Francisco, ante,* p. 185.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. J. M. Seawell, Judge.

The facts are similar to those stated in the opinion in *Hayne* v. *San Francisco, ante,* p. 185.

Percy V. Long, City Attorney, and George Lull, Assistant City Attorney, for Appellant.

J. A. Cooper, *in pro. per.*, for Respondent.

THE COURT.—This appeal involves the same tunnel assessment that was under consideration in *Hayne et al.* v. *City and County of San Francisco, ante,* p. 185, this day decided. The parties have stipulated that the facts are the same, except as to the parties and the amount of the assessment, and that the decision in this case shall be the same as in No. 6802. The same judgment is therefore given.

The judgment is reversed.

Rehearing denied.

SAN FRANCISCO—TUNNEL UNDER STREET—ASSESSMENT DISTRICT.—Judgment reversed on the authority of *Hayne* v. *San Francisco, ante,* p. 185.

